*Receipt # 1109038Y    8/9/2010*
*pd $5.66*

## Claims Distribution Small Checks

**Trustee: WILLIAM E. LAWSON (520740)**

**Case: 08-13090 - KRAWCZYK, MICHAEL E.**

| Account No. | Check No. | Issued | Claim No. | Filed | Payee/Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | 114 | 08/09/10 | | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $5.66 |
| 920002 1026767 | | | 1U-3 | 09/23/08 | 610 | Department of Treasury | 491.53 | 491.53 | 1.69 | 1.69 |
| | | | 10 | 12/08/08 | 610 | Capital Recovery II | 1,153.73 | 1,153.73 | 3.97 | 3.97 |



FILED
AUG - 9 2010
BANKRUPTCY COURT
BUFFALO, NY

(*) Denotes objection to Amount Filed